United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KAY JEUUDAH, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-03233 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| CITY OF HOUSTON, | § | |
| *et al*, | § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Kay Jeuudah, filing under the name "Jeuudah Kay, of the Tribe of Judah: The Lion King Stock, President and CEO Sovereign," brought this action in state court alleging various civil rights violations. Dkt 1-1 at 2. Defendant City of Houston timely removed. Dkt 1.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated April 5, 2023. Dkt 21. She recommends that the case be dismissed *sua sponte* for lack of standing because Plaintiff's claims amount to "generalized complaints about the courts, the justice system, and mental health institutions." Id at 5. She recommends that the case be dismissed, and not remanded, because remand would be futile. Id at 6. She also recommends that all pending motions be terminated due to the Court's lack of subject matter jurisdiction.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 21.

This civil action will be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

All pending motions are TERMINATED. Dkts 2, 3, 15 & 20.

Final judgment to follow.

SO ORDERED.

Signed on June 26, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge